# SUPREME COURT OF INDIANA

| | | | |
|---|---|---|---|
| Thomas v. State | 61 N.E.3d 1198 | 01/12/2017 | Transfer denied. All Justices concur. |
| Long v. Lopez | 63 N.E.3d 38 | 01/12/2017 | Transfer denied. All Justices concur. |
| Young v. State | 57 N.E.3d 857 | 01/12/2017 | Transfer denied. All Justices concur. |
| Grace v. State | 61 N.E.3d 402 | 01/12/2017 | Transfer denied. All Justices concur. |
| Haralson v. State | 29A05–1604–CR–874 | 01/12/2017 | Transfer denied. All Justices concur. |
| Pugh v. State | 64 N.E.3d 1264 | 01/12/2017 | Transfer denied. All Justices concur. |
| Gateway West Townhouse Association v. Palmer | 59 N.E.3d 1099 | 01/12/2017 | Transfer denied. All Justices concur. |
| Wagoner v. State | 65 N.E.3d 644 | 01/12/2017 | Transfer denied. All Justices concur. |
| Weeks v. State | 64 N.E.3d 1269 | 01/12/2017 | Transfer denied. All Justices concur. |
| Waterfield v. Waterfield | 61 N.E.3d 314 | 01/12/2017 | Transfer denied. All Justices concur. |
| Ward v. State | 64 N.E.3d 1270 | 01/12/2017 | Transfer denied. All Justices concur. |
| N.P. v. Indiana Department of Child Services | 66 N.E.3d 1005 | 01/12/2017 | Transfer denied. All Justices concur. |
| Defenderfer v. State | 64 N.E.3d 1265 | 01/12/2017 | Transfer denied. All Justices concur. |
| Gonzales v. State | 59 N.E.3d 1100 | 01/12/2017 | Transfer denied. All Justices concur. |
| Brinkley v. State | 64 N.E.3d 1267 | 01/12/2017 | Transfer denied. All Justices concur. |
| M.C. v. Indiana Department of Child Services | 90A04–1602–JT–302 | 01/12/2017 | Transfer denied. All Justices concur. |
| Geans v. State | 63 N.E.3d 37 | 01/12/2017 | Transfer denied. All Justices concur. |
| Anderson v. Anderson | 71A05–1602–DR–308 | 01/12/2017 | Transfer denied. All Justices concur. |
| Gamble v. State | 63 N.E.3d 34 | 01/12/2017 | Transfer denied. All Justices concur. |
| Moore v. State | 49 N.E.3d 1095 | 01/12/2017 | Transfer denied. All Justices concur. |
| Myers v. Bremen Casting, Inc. | 61 N.E.3d 1205 | 01/12/2017 | Transfer denied. All Justices concur. |
| Schermerhorn v. State | 61 N.E.3d 375 | 01/12/2017 | Transfer denied. All Justices concur. |
| Anzelmo v. Anzelmo | 63 N.E.3d 30 | 01/12/2017 | Transfer denied. All Justices concur. |